# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

IN RE:

Steven Keith Lynch and Sharon Lea Lynch

Debtor(s).

C/A No. 15-05452-dd

Chapter 13

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

This matter is before the Court on motion (dkt. #18) of Headwaters Financial Corporation ("Movant") seeking relief from the automatic stay. The Movant has waived claims arising under 11 U.S.C. §§ 503(b), 507(b) and agreed that any funds realized from the disposition of its collateral in excess of all liens, costs, and expenses will be paid to the trustee or bankruptcy estate. Based upon the certification of Movant the motion is granted and it is

ORDERED that the automatic stay is lifted as to: 2000 Harley Davidson, Model FXDL, Vin: 1HD1GDV19YY331650 (the "collateral"). Movant may send any required notice to Debtor(s) and proceed with its remedies against the collateral.

**AND IT IS SO ORDERED**

**FILED BY THE COURT**
**02/09/2016**



Entered: 02/10/2016

David R. Duncan
Chief US Bankruptcy Judge
District of South Carolina